IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROCKY L. HAWORTH, on behalf of himself and all other similarly situated persons,<br><br>              Plaintiffs,<br><br>vs.<br><br>NEW PRIME, INC.<br><br>              Defendant. | Case No: 19-3025-CV-S-RK |

## DEFENDANT NEW PRIME INC.'S MOTION TO STAY PROCEEDINGS

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

      PLEASE TAKE NOTICE that Defendant New Prime, Inc. (Prime) hereby moves the Court to stay all proceedings in this matter. Prime requests the stay be imposed until the resolution of duplicative putative collective and class actions pending against Prime in the United States District Court for the District of Massachusetts, *Oliveira v. New Prime, Inc.*, Case 1:15-cv-10603-PBS (D. Mass.), or until good cause is shown why the stay should be lifted. Alternatively, Prime requests the stay be imposed until resolution of *Petrone v. Werner Enterprises, Inc.*, No. 18-2116 (8th Cir.), which the Eighth Circuit is currently reviewing and is likely to affect this Court's interpretation of legal issues that are central to Plaintiff's claims.

      This motion is based upon this notice of motion and motion, the suggestions in support thereof, and all pleadings and papers of record herein.

DATED: September 11, 2019

                Respectfully submitted,

                **GIBSON DUNN & CRUTCHER LLP**

                /s/ Amanda C. Machin
                Michele L. Maryott
                GIBSON DUNN & CRUTCHER LLP
                3161 Michelson Drive
                Irvine, CA 92612
                (949) 451-3945 Telephone
                (949) 475-4668 Facsimile
                mmaryott@gibsondunn.com

                Amanda C. Machin
                1050 Connecticut Avenue, NW, Suite 300
                Washington, DC 20036
                (202) 887-3705 Telephone
                (202) 530-4244 Facsimile
                amachin@gibsondunn.com

                Kathleen M. Nemechek
                BERKOWITZ OLIVER, LLP
                2600 Grand Boulevard, Suite 1200
                Kansas City, MO 64108
                (816) 561-7007 Telephone
                (816) 561-1888 Facsimile
                knemechek@berkowitzoliver.com

                **COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 11th day of September, 2019, I electronically filed the above and foregoing document via the Court's CM/ECF system, which will send notification of said filing to all counsel of record.

                *s/ Amanda C. Machin*
                Amanda C. Machin