IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROCKY L. HAWORTH, on behalf of himself and all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW PRIME, INC.,<br><br>Defendant. | Case No. 6:19-cv-03025-RK |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT AND MOTION TO TRANSFER**

Plaintiff, Rocky Haworth, by and through his counsel, moves this Court for an Order pursuant to Federal Rule of Civil Procedure 23(e), 29 U.S.C. § 216(b), and 28 U.S.C. § 1404(a), granting preliminary approval of a class and collective action settlement reached in this case with Defendant New Prime, Inc. ("Defendant"), and transferring this matter to the United States District Court for the District of Massachusetts for consolidation for settlement purposes (including issuance of Notice, settlement administration and final settlement approval) with *Oliveira v. New Prime, Inc.*, D. Mass. Case No. 1:15-CV-10603, which is currently pending in the United States District Court for the District of Massachusetts ("*Oliveira* matter").

After lengthy and vigorous settlement negotiations, the parties have reached a global settlement of this matter and the *Oliveira* matter. A copy of the parties' executed Settlement Agreement is attached hereto as Exhibit 1. Because the proposed Class Members in this case also have claims in the *Oliveira* matter (including claims overlapping with those in this case and other wage claims relating to their work for Defendant), Plaintiff is seeking preliminary approval of the settlement from this Court as it relates to the claims in this certified collective action and have also

sought, and have now obtained, preliminary approval of the entire settlement in the *Oliveira* matter. *See* Exhibit 2. If this Court grants preliminary approval, then the parties request that this case be transferred to the District of Massachusetts and consolidated with the *Oliveira* matter for purposes of notice, settlement administration, and final approval.

As explained in the accompanying Suggestions, this settlement is a fair, reasonable and adequate resolution as to the claims of the B/C seat drivers that have been asserted in this case. *See also* Declaration of Matthew Crimmins, attached hereto as Exhibit 3. As such, Plaintiff respectfully requests that the Court: (1) preliminarily approve the terms of the class and collective action Settlement Agreement and Release of Claims executed between the Plaintiff, Rocky Haworth (and the Plaintiff in *Oliveira*, Dominic Oliveira), and Defendant as relates to the claims alleged in this case, attached as Exhibit 1 to this Motion; (2) preliminarily certify the class of B/C Seat Drivers pursuant to Federal Rule of Civil Procedure 23 and 29 U.S.C. § 216(b) for settlement purposes; (3) approve notice of this settlement to class members in the form attached as Exhibits A-C to the parties' Settlement Agreement and Release of Claims as the best notice practicable under the circumstances; (4) designate Plaintiff as Class Representative/Named Plaintiff and appoint the Crimmins Law Firm, LLC, Hodes Law Firm, LLC and Fair Work, P.C. as Class Counsel for the B/C seat portion of the Class; and (5) transfer the matter to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404(a) so that it may be consolidated with the *Oliveira* matter for purpose of issuing Notice, administering the settlement and a final approval hearing, but retaining jurisdiction over this matter in the event that final approval of this settlement is not granted by the *Oliveira* court.

In support of this Motion, Plaintiff incorporates by reference his Suggestions in Support and the Declaration of Matthew Crimmins, which are filed simultaneously herewith. Defendant does not oppose this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Motion to Transfer to the United States District Court for the District of Massachusetts, and grant any other and further relief as is just and proper.

Respectfully Submitted:

**CRIMMINS LAW FIRM LLC**

/s/ Matthew R. Crimmins
Virginia Stevens Crimmins, MO #53139
Matthew R. Crimmins, MO #53138
214 S. Spring Street
Independence, Missouri 64050
(816) 974-7220 Telephone
(855) 974-7020 Facsimile
m.crimmins@crimminslawfirm.com
v.crimmins@crimminslawfirm.com

**HODES LAW FIRM, LLC**

/s/ Garrett M. Hodes
Garrett M. Hodes, MO #50221
900 Westport Road, 2nd Floor
Kansas City, Missouri 64111
(816) 931-1718 Telephone
(816) 994-6276 Facsimile
garrett@hodeslawfirm.com

**FAIR WORK, P.C.**
Hillary Schwab, *admitted pro hac vice*
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3261 Telephone
(617) 488-2261 Facsimile
hillary@fairworklaw.com

**COUNSEL FOR PLAINTIFF AND THE CLASS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 4th day of August 2020, I electronically filed the above and foregoing document via the Court's CM/ECF system, which will send notification of said filing to all counsel of record.

/s/ Matthew R. Crimmins

3